IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOR IAN GENSINGER,

    Plaintiff,

v.                                      4:16cv697–WS/GJR

JULIE JONES,

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 30) docketed June 27, 2018. The magistrate judge recommends that the defendant's motion for summary judgment be granted. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 30) is ADOPTED and incorporated into this order of the court.

2. The defendant's motion for summary judgment (doc. 21) is GRANTED.

3. The plaintiff's First Amendment claim against the defendant JONES is DISMISSED WITH PREJUDICE.

DONE AND ORDERED this ___31st___ day of ___July___, 2018.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE